UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| B & B BUILDERS & INVESTORS INC., ET AL. | CASE NO. 6:19-CV-00578 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SHERIFFS OFFICE EAST BATON ROUGE PARISH | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law:

**IT IS ORDERED** that the Complaint filed in this matter is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to re-file alleging sufficient facts supporting subject matter jurisdiction.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 27th day of August, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE